# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHELE B., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 1:24-cv-00226-MSM-AEM |
| FRANK BISIGNANO, Commissioner of the Social Security Administration, | ) |
| Defendant | ) |

## ORDER

Mary S. McElroy, United States District Judge.

On April 18, 2025, Magistrate Judge Lincoln A. Almond filed a Report and Recommendation ("R&R") (ECF No. 14) recommending that the Court deny the Plaintiff's Motion for Reversal of the Disability Determination of the Commissioner of Social Security (ECF No. 9) and grant the Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 11). After having carefully reviewed the relevant papers, the relevant law, and having heard no objections, the Court ACCEPTS the R&R and ADOPTS the recommendations and reasoning set forth therein.

Accordingly, Plaintiff's Motion for Reversal of the Disability Determination of the Commissioner (ECF No. 9) is DENIED and the Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 11) is GRANTED. Final judgment shall enter for the Defendant.

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge

June 6, 2025